# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Sajjad Nasir | Private International and International Copyright Law Section |
| Parcel Locker 10142 53196 | Attorney-General's Department |
| 12 Memorial Avenue | 3-5 National Circuit |
| MERRYLANDS NSW 2160 | BARTON ACT 2600 |
| Australia | AUSTRALIA |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(Australian Superannuation Fund Ltd

Court Process Service Desk,
GPO BOX 1901, MELBOURNE VIC 300
Australia

| | | |
|---|---|---|
| X | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** <br> selon les formes légales (article 5, alinéa premier, lettre a)\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** <br> selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** <br> le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**

Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

1. Summons
2. CCivil Complaint

\* if appropriate / s'il y a lieu

| **Done at** / Fait à | **Signature and/or stamp** |
|---|---|
| | Signature et / ou cachet |
| **The /** le | Office of the Clerk ,U.S. District Court for the Western District of Wisconsin <br> 120 N. Henry St., Room 320 <br> Madison, WI 53703 USA |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
   que la demande a été exécutée*

| | |
|---|---|
| **– the (date) / le (date):** | Australian Superannuation Fund Ltd |
| **– at (place, street, number):**<br>à (localité, rue, numéro) : | Att : The Proper Officer,<br>Court Process Service Desk,GPO BOX 1901,<br>MELBOURNE VIC 300 Australia |

**– in one of the following methods authorised by Article 5:**
dans une des formes suivantes prévues à l'article 5 :

☐ a) **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre *a*)*

☐ b) **in accordance with the following particular method*:**
selon la forme particulière suivante* :

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
par remise simple*

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☐ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

*Annexes / Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution : | |

\* if appropriate / s'il y a lieu

| | |
|---|---|
| **Done at** / Fait à ____,<br><br>**The** / le ____ | **Signature and/or stamp**<br> Signature et / ou cachet<br>Private International and International Copyright Law Section<br>Attorney-General's Department<br>3-5 National Circuit<br>BARTON ACT 2600<br>AUSTRALIA<br>pil@ag.gov.au |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
Australian Superannuation Fund Ltd
Att : The Proper Officer,
Court Process Service Desk,
GPO BOX 1901, MELBOURNE VIC 300
Australia

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 *(article 5, alinéa 4).*

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Office of the Clerk ,U.S. District Court for the Western District of Wisconsin <br> 120 N. Henry St., Room 320 <br> Madison, WI 53703 USA |

| | | |
|---|---|---|
| **Particulars of the parties\*:** <br> Identité des parties\* : | **Plaintiff:** <br> Sajjad Nasir <br> Parcel Locker 10142 53196 <br> 12 Memorial Avenue <br> Merrylands NSW 2160 <br> Australia | **Defendant** <br> China Unicom <br> 75th Floor, The Center <br> 99 Queen's Road Central <br> Hong Kong |

\*  If appropriate, identity and address of the person interested in the transmission of the document
  S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☐ **JUDICIAL DOCUMENT\*\***
  ACTE JUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | *Summons* <br> *A Civil Lawsuit has been filed.* |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | |
| **Date and Place for entering appearance\*\*:** <br> Date et lieu de la comparution** : | 21 days after service of this summons <br> ,U.S. District Court for the Western District of Wisconsin <br> 120 N. Henry St., Room 320 ,Madison, WI 53703 USA |
| **Court which has given judgment\*\*:** <br> Juridiction qui a rendu la décision** : | |
| **Date of judgment\*\*:** <br> Date de la décision** : | |
| **Time limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte** : | 21 days after service of this summons |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
  ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:** <br> Indication des délais figurant dans l'acte** : | |

\*\* if appropriate / s'il y a lieu

Permanent Bureau September 2011

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin  ▼

|  |  |
|---|---|
| Sajjad Nasir | ) ) ) ) |
| *Plaintiff(s)* | ) ) ) |
| v. | ) ) |
| 1. China Unicom 2. Equinix Inc 3. National Australian Bank 4. Australian Superannuation Fund 5. GIO Insurance 6. Dr Asish Diwan 7. Synergy Radiology | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 3:26-cv-00606

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Australian Superannuation Fund Ltd
Att : The Proper Officer,

Court Process Service Desk,
GPO BOX 1901, MELBOURNE VIC 300
Australia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sajjad Nasir
U29 30-44 railway Terrace
Granville 2142 NSW Australia

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   07/02/2026

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:26-cv-00606

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    The Proper Officer , Australian Superannuation Fund Ltd

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: