# UNITED STATES DISTRICT COURT

for the

Western District of Wisconsin

| | | |
|---|---|---|
| Sajjad Nasir | ) | Case No.    3:26-cv-00606-wmc |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| **-v-** | ) | |
| | ) | Jury Trial: (*check one*)    ☒ Yes    ☐ No |
| | ) | |
| China Unicom et al | ) | |
| *Defendant(s)* | ) | |

## THE PLAINTIFF'S ANSWER TO THE COURT ORDER (TEXT ONLY) DOCKET # 3

| | |
|---|---|
| Name | Sajjad Nasir |
| Street Address | U29 30-44 railway Terrace |
| City and County | Granville Australia |
| State and Zip Code | NSW 2142 |
| Telephone Number | +61404261955 |
| E-mail Address | sajjadqut01@outloook.com |

### I.    The Court entered a Text-Only Order at Docket No. 3.

Plaintiff's filed complaint in Case 3:26-cv-00606 (Document No. 1, filed July 2, 2026, page 4, Paragraph II.B – Jurisdiction) sets out the basis for this Court's authority. The complaint (Dkt. No. 1) clearly invokes the jurisdictions of the United States District Court arising under the Constitution, laws, or treaties of the United States.

**A.      28 U.S.C. § 1331 (Original Jurisdiction):**

Plaintiff's filed complaint, Case 3:26-cv-00606, Document 1, Filed 07/02/26, Page 4, Paragraph II, states that the ***subject matte*r** falls within the Court's original jurisdiction when remedies are sought through a civil action under 18 U.S.C. § 1595, alleging violations of U.S. laws, including offenses under 18 U.S.C. § 1589 (forced labor), 18 U.S.C. § 1590 (trafficking with respect to forced labor), 18 U.S.C. § 1592 (unlawful conduct with respect to documents), and 18 U.S.C. § 1593A (financial benefit from trafficking).

**B.      18 U.S.C. § 1596 (Additional Jurisdiction):**

Plaintiff's complaint, Case 3:26-cv-00606, Document No. 1, Filed 07/02/26, Page 4, Paragraph II.B, invokes the Court's additional jurisdiction. Jurisdiction details the basis of the Court's authority by including the complaint information specifically.

.      1.  **18 U.S.C. § 1596(a)(1):**

Tthe complaint form includes the complaint information from the defendants' U.S. Securities and Exchange Commission filing which shows Entity Name: EQUINIX INC EQIX on Nasdaq, State location: CA, State of incorporation: DE, Business address: ONE LAGOON DR

2.      **18 U.S.C. § 1596(a)(2):**

Based on facts connected to the U.S. Securities and Exchange Commission filing for the Defendet GIO Insurance (Suncorp Group )Ltd, Company Information CIK 0001589695, incorporated in Australia, with a fiscal year ending June 30, and a

**C.      CMIC-EO13959 (Sanctions Jurisdiction):**

China Unicom and its related enterprises fall within the U.S. **sanctions jurisdiction** under CMIC-EO13959 and are designated on the U.S. sanctions list. To evade or avoid this sanctions jurisdiction, defendants conspired with foreign entities, including National Australia Bank and the Australian Superannuation Fund. This evasion of the U.S. sanctions program occurred in tandem with the primary offenses under 18 U.S.C. §§ 1589, 1590, 1592, and 1593A.

**D.      Administrative Order # at Docket No. 3.**

Plaintiff requests withdrawal of Administrative Order 421, as the Order presently bars the issuance of summonses and prevents the Court from exercising its jurisdiction. Plaintiff further asks the Court to issue summonses so that effective service may be completed on the foreign Defendants under the Hague Convention. The court lack of impartiality will and independence seems to be real issue of jurisdiction.

## III.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this answer: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the answer otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           07/07/2026

Signature of Defendant

Printed Name of Defendant    Sajjad Nasir