Defendant No. 1

| | |
|---|---|
| Name | China Unicom |
| Title | Chinese Military-Industrial Complex Companies |
| Address : | 75th Floor, The Center, 99 Queen's Road ,Hong Kong SAR China |

Defendant No. 2

| | |
|---|---|
| Name | Equinix, Inc. |
| Job or Title *(if known)* | Datacentre and ITC infrastructure as service |
| Street Address | One Lagoon Drive |
| City and County | Redwood City |
| State and Zip Code | California 94065 |
| Telephone Number | (650) 598-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | National Australian Bank |
| Job or Title *(if known)* | Financial & Banking |
| Street Address | Level 28, 395 Bourke Street |
| City and County | Melbourne, Australia |
| State and Zip Code | VIC 3000 |
| Telephone Number | 1800 966 100 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | GIO Insurance (Suncorp Group) |
| Job or Title *(if known)* | Financial Insurance & Banking |
| Street Address | Court Process Desk, Level 23, 80 Ann Street |
| City and County | Brisbane, Australia |
| State and Zip Code | QLD 4000 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No.5

| | |
|---|---|
| Name | Australian Superannuation Fund Ltd |
| Job or Title (if known) | FFinancial / Investment / Superannuation Trustee |
| Street Address | Court Process Service Desk, |
| City and County | GPO BOX 1901, MELBOURNE |
| State and Zip Code | VIC 300 |