IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAJJAD NASIR,

    Plaintiff,

    v.                          Case No.  26-cv-606-wmc

CHINA UNICOM, EQUINIX, INC.,
NATIONAL AUSTRALIAN BANK,
AUSTRALIAN SUPERANNUATION
FUND, and GIO INSURANCE,

    Defendants.

---

## JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants against plaintiff Sajjad Nasir dismissing this case without prejudice.

| | |
|---|---|
| /s/ | 7/9/2026 |
| Joel Turner, Clerk of Court | Date |