# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Sajjad Nasir (Plaintiff)

Name(s) of counsel (if any):

Pro Se

Address: U29 30-44 Railway terrace Granville 2142

Telephone number(s): +61404261955

Email(s): sajjadqut01@outlook.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ⦿ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

1. China Unicom

Name(s) of counsel (if any):

Service could not be completed  due to Court Clerk Office and Australian Attorney General Office fabricated an order obstructing the service .

Address: Room 321, 3/F, East Wing  Central Government Offices  2 Tim Mei Av

Telephone number(s):

Email(s): ansonchan@cso.gov.hk

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ○ No

**Appellees**

Name(s) of party/parties:

2. National Australian Bank 3. Australian Superannuation Fund 4. GIO

Name(s) of counsel (if any):

Private International and Commercial Law Section, Attorney-General's Department

Address: -5 National Circuit, BARTON ACT 2600, Australia

Telephone number(s):

Email(s): pil@ag.gov.au

Name(s) of party/parties:

7. Equinix Inc.

Name(s) of counsel (if any):

Defendants refused service threee times from Process Forwarding International PFI (ABC Legal) -  Kurt Pletcher  Chief Legal Officer

Address: One Lagoon Drive, 4th Floor, Redwood City, CA 94065-1562United St

Telephone number(s): (650) 598-6000

Email(s): NAlawenforcement@equinix.com