IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SAJJAD NASIR,

    Plaintiff,

                                            Case No.  26-cv-606-wmc

    v.

CHINA UNICOM, EQUINIX, INC.,
NATIONAL AUSTRALIAN BANK,
AUSTRALIAN SUPERANNUATION
FUND, and GIO INSURANCE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants against plaintiff Sajjad Nasir dismissing this case without prejudice.

| /s/ | 7/9/2026 |
|---|---|
| Joel Turner, Clerk of Court | Date |